JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. GARCIA, | NO. CV 13-5658-JFW (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| DAVID B. LONG, WARDEN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Denying Motion For Extension Of Time To File Suit,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 14, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE